# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

EDWARD M. PRINCE,

      Plaintiff,

v.                                                    CASE NO: 8:12-cv-911-T-26TBM

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

      Defendant.

_____/

## O R D E R

Upon due consideration of the parties' submissions, it is ordered and adjudged as follows:

1) Plaintiff's Unopposed Motion to Stay Pending Completion of Neutral Evaluation (Dkt. 18) is granted.  All proceedings in this case are stayed pending the completion of a neutral evaluation as mandated by section 627.7074 of the Florida Statutes.  The Clerk is directed to administratively close this case during the period of the stay subject to being reopened upon the filing of a notice by either party that the neutral evaluation has been completed, following which the Court will enter an amended case management and scheduling order.

2) In light of the mandatory stay, Defendant's Motion for Final Summary Judgment (Dkt. 15) is denied without prejudice as moot.  The Court notes, however, that it finds the reasoning and analysis of the law in the order entered by Judge Whittemore in Bay Farms Corporation v. Great American Alliance Insurance Company, 835 F.Supp.2d 1227 (M.D. Fla. 2011), as well as

the reasoning and analysis of Judge Bucklew in <u>Ayres v. USAA Casualty Insurance Company</u>,

No. 8:11-cv-816-T-24TGW, 2012 WL 1094321 (M.D. Fla. Apr. 2, 2012), extremely persuasive.

     **DONE AND ORDERED** at Tampa, Florida, on August 7, 2012.


        s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**


<u>COPIES FURNISHED TO</u>:
Counsel of Record